1  **HANNI M. FAKHOURY**
   California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Hanni_Fakhoury@fd.org
5

6  Attorneys for Defendant

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, ) Case No. 08MJ1153
   |                           )
11 |     Plaintiff,            )
   |                           )
12 | v.                        ) **NOTICE OF ATTORNEY APPEARANCE**
   |                           )
13 | LUIS ANTONIO PAREDES,     )
   |                           )
14 |     Defendant.            )
   |                           )
15 | _____ )

16     Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni

17 M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 the above-captioned case.

19                                           Respectfully submitted,

20

21 Dated: April 18, 2008            /s/ Hanni M. Fakhoury
                                    HANNI M. FAKHOURY
22                                  Federal Defenders of San Diego, Inc.
                                    e-mail: Hanni_Fakhoury@fd.org
23                                  Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  April 18, 2008          /s/ Hanni M. Fakhoury
                                HANNI M. FAKHOURY
                                e-mail: Hanni_Fakhoury@fd.org